Daniel PETERSON, a/k/a Hassan Sataar, Plaintiff—Appellant,

v.

John REID, Sargeant; John Gilbert, Correctional Officer, Defendants— Appellees.

No. 07–6457.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 22, 2007.

Decided: Oct. 16, 2007.

Daniel Peterson, Appellant Pro Se. Elizabeth F. Parsons, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before MICHAEL and TRAXLER, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).

PER CURIAM:

Daniel Peterson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Peterson v. Reid,* No. 5:06–ct–03026–FL (E.D.N.C. Feb. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*